**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br> **CARLOS MANUEL DECLET JIMENEZ** <br> xxx–xx–4369 <br> Debtor(s) | Case No. **14–03403 ESL** <br> Chapter **11** <br><br> FILED & ENTERED ON 5/20/14 |

### *ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY*

We hereby grant debtor(s) unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 05.01.2014.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, May 20, 2014 .

*Enrique S. Lamoutte*
United States Bankruptcy Court